```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | |
|---|---|
| SHAWN MILLER, | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 23-00310-JB-B |
| | * |
| HEATH JACKSON, | * |
| | * |
|     Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated October 19, 2023 (Doc. 5) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to obey the Court's order.

**DONE and ORDERED** this 9th day of November, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE
