```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| SHAWN MILLER, | \* |
| | \* |
|     Plaintiff, | \* |
| | \* |
| vs. | \*  CIVIL ACTION NO. 23-00310-JB-B |
| | \* |
| HEATH JACKSON, | \* |
| | \* |
|     Defendant. | \* |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to obey the Court's order.

**DONE and ORDERED** this 9th day of November, 2023.

<pre>
                              /s/ JEFFREY U. BEAVERSTOCK
                              CHIEF UNITED STATES DISTRICT JUDGE
</pre>